JULIAN GUMPERZ, Respondent, *v.* HERBERT HOFMANN, Appellant.

(Argued April 14, 1936; decided April 28, 1936.)

*Lowell Wadmond* for appellant (appearing specially).

*A. Walter Socolow* and *Maurice J. Speiser* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.